**GOTTLIEB & ASSOCIATES**
ATTORNEYS

150 E. 18th St., Suite PHR • New York, NY 10003
Tel (212) 228-9795 • Fax (212) 982-6284
NYJG@aol.com

June 21, 2019

**VIA ECF**

The Honorable Judge Jesse M. Furman
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

**Re: Lawrence Young, On Behalf of Himself and All Other Persons Similarly
Situated v. Queensbury Hotel LLC
Case No.: 1:19-cv-03133**

Dear Judge Furman,

    This firm represents Plaintiff Lawrence Young, On Behalf of Himself and All Other Persons Similarly Situated ("Plaintiffs"), in the above-referenced action. We write, with Defendant's consent, to inform you that the Parties have a settlement, in principle, and respectfully request that Your Honor dismiss this matter with prejudice with the right to reopen in thirty days if the Settlement Agreement is not consummated. Additionally, the parties respectfully seek to adjourn without date the pretrial conference scheduled for July 23, 2019 at 3:30 PM.

    We appreciate this Court's and Your Honor's time and attention to this matter. Thank you for your anticipated cooperation in this matter. Should the Court have any questions, please do not hesitate to contact the undersigned attorney.

Respectfully submitted,
GOTTLIEB & ASSOCIATES

*s/ Jeffrey M. Gottlieb*
Jeffrey M. Gottlieb

cc: All counsel of record (via ECF and email)